IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00448-GPG

BOB ALLEN CUSTARD,

    Plaintiff,

v.

ARMIJO, Lt.,
D. BERKABILE,
CHILDS,
ENCARANANZE,
GACONI,
HEUETT,
ANTHONY OSAGIE,
ATAVICH,
S. CEDENO,
FRANK CORDOVA,
KATE ERWIN,
HENRY,
FITZGERALD, Lt., and
ROBINSON, and 26 Unknown Defendants,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On March 4, 2015, the Court entered an Order Directing Plaintiff to Cure Deficiencies, to File an Amended Complaint and to Show Cause (ECF No. 3) within thirty (30) days.  On March 25, 2014, Mr. Custard filed a "Motion for Order Identifying this Civil Action Case #" (ECF No. 4) so that he can pay the $400.00 filing fee.  The motion is DENIED as unnecessary.  As evident from the March 4, 2015 Order, the Civil Action No. for this case is 15-cv-00448-GPG.  The Court assumes that Mr. Custard received his copy of the March 4 Order because it has not been returned to the Court.  Accordingly, Mr. Custard shall have **twenty-one (21) days** from the date of this minute order to comply with the March 4 Order.  No further extensions shall be granted absent a showing of just cause.  Failure to comply with the March 4 Order and with this minute order will result in dismissal of this action without further notice.

Dated:  March 30, 2015