IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00448-GPG

BOB ALLEN CUSTARD,

    Plaintiff,

v.

ARMIJO, Lt.,
D. BERKABILE,
CHILDS,
ENCARANANZE,
GACONI,
HEUETT,
ANTHONY OSAGIE,
ATAVICH,
S. CEDENO,
FRANK CORDOVA,
KATE ERWIN,
HENRY,
FITZGERALD, Lt., and
ROBINSON, and 26 Unknown Defendants,

    Defendants.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 2, 2015, Plaintiff filed a "Motion for Clarification" (ECF No. 6) of the March 4 Order Directing Plaintiff to Cure Deficiencies, to File an Amended Complaint and to Show Cause (ECF No. 3) within thirty (30) days.  The Motion is GRANTED as follows.

    Plaintiff was directed in the March 4 Order to pay the $400.00 filing fee, or otherwise demonstrate that he is subject to imminent danger under 28 U.S.C. § 1915(g), in order to proceed in this action.  Accordingly, Plaintiff shall have **twenty-one (21) days** from the date of this minute order to comply with the March 4 Order.  No further extensions shall be granted absent a showing of just cause.  No further requests for clarification will be entertained by the Court.  Failure to comply with the March 4 Order and with this minute order will result in dismissal of this action without further notice.

Dated:  April 6, 2015