IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00448-GPG

BOB ALLEN CUSTARD,

    Plaintiff,

v.

ARMIJO, Lt.,
D. BERKABILE,
CHILDS,
ENCARANANZE,
GACONI,
HEUETT,
ANTHONY OSAGIE,
ATAVICH,
S. CEDENO,
FRANK CORDOVA,
KATE ERWIN,
HENRY,
FITZGERALD, Lt., and
ROBINSON, and 26 Unknown Defendants,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 24, 2015, Plaintiff filed a request for a copy of the receipt showing his payment of the $400.00 filing fee (ECF No. 10), along with a request for service of the Complaint on the Defendants (ECF No. 11).

    Plaintiff's request for a copy of the filing fee receipt is DENIED as unnecessary. Plaintiff is advised that the Court received the $400.00 filing fee on April 16, 2015. (ECF No. 9).

    Plaintiff's request for service of the Complaint is DENIED without prejudice as premature. Service will occur after the Court completes initial review pursuant to 28 U.S.C. § 1915A and D.C.COLO.LCivR 8.1(b).

Dated:  April 27, 2015