**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00448-REB-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

ARMIJO, Mr.,
ATAUVICH, Mr.
D. BERKABILE, Mr.,
CAMACHO, Mr.,
J. CEDENO, Mr.,
FRANK CORDOVA, Mr.,
FRANCIA, Ms.,
FITZGERALD, Mr.,
GACONI, Mr.,
HENRY, Mr.,
HEUETT, Mr.,
HOLMAN, Mr.,
HUDDLESTON, Mr.,
HUMPHRIES, Mr.,
KASDON, Ms.,
LUNGREN, Ms.,
McMULLEN, Mr.,
OSAGIE, Mr.,
OWENS, Mr.,
PADILLA, Mr.,
RANGEL, Mr.,
ROBINSON, Mr.,
SANTINI, Mr.,
UNKNOWN NAMED DEFENDANTS 1-14, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER OVERRULING OBJECTIONS AND ADOPTING
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Motion To Dismiss** [#40][1] filed August 10, 2015; (2) the plaintiff's motion [#34 - filed under Level 3 Restriction] filed July 27, 2015, concerning a return address; and (3) the related **Recommendation of United States Magistrate Judge** [#72], filed February 10, 2016. The plaintiff filed objections [#73] to the recommendation and the defendants filed a response [#74] to the objections. I overrule the objections and approve and adopt the recommendation. As recommended by the magistrate judge, I grant the motion to dismiss.

The plaintiff is proceeding *pro se*. Thus, I continue to construe his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. See ***Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)).

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which the plaintiff objects. I have considered carefully the recommendation, objections, and applicable case law, as well as the arguments raised and authorities cited by the parties.

The plaintiff, Bob Custard, is an inmate incarcerated by the Federal Bureau of Prisons. In his complaint [#8], Mr. Custard asserts several claims. He asserts an Eighth Amendment claim based on the slippery floor in his cell, the fact that the floor of his shower is about one foot higher than the floor of his cell, and the problems these conditions create because of mobility impairments suffered by Mr. Custard. He asserts

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

an Eighth Amendment claim based on sharp barbs which he says exist on metal edges in a cell he occupied for some time. Mr. Custard says he was cut and injured by these barbs. Mr. Custard asserts a claim about prison staff using pepper spray in a neighboring cell and the deleterious health effects this had on Mr. Custard due to his asthma. He asserts a claim in which he alleges that he has been denied adequate medical care for his shoulder and a skin graft on his hand. He asserts a claim in which he alleges certain defendants improperly labeled him as a "snitch," and causing him to suffer adverse consequences as a result. He also asserts claims for injunctive relief and claims under the Federal Tort Claims Act.

In a thorough and detailed recommendation [#72], the magistrate judge analyzed every issue raised in the motion to dismiss and the allegations of the complaint [#8]. The magistrate judge recommends that the motion be granted in part and denied in part.

In his objections [#73], Mr. Custard does not raise any issues which vitiate the analysis of the magistrate judge. The response [#74] to the objections filed by the defendants provides a clear description of the reasons the objections of Mr. Custard do not undermine the analysis and conclusions of the magistrate judge. Based on my *de novo review*, I concur with the analysis and conclusions detailed by the magistrate judge. Therefore, I overrule the objections and approve and adopt the recommendation.

The plaintiff's motion [#34 - filed under Level 3 Restriction] concerning a return address seeks information about a return address included erroneously on a piece of mail sent to Mr. Custard by the court. Apparently, the return address was included in

error, and there is no reason for the court to provide any additional information on this issue.  Thus, this motion is denied.

      **THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72], filed February 10, 2016, is approved and adopted as an order of this court;

2. That the related objections [#73] are overruled;

3. That the **Motion To Dismiss** [#40] filed August 10, 2015, is granted in part;

4. That under Fed. R. Civ. P. 12(b)(6), Claim One of the complaint [#8] is dismissed;

5. That under Fed. R. Civ. P. 12(b)(6), Claim Four of the complaint [#8] is dismissed;

6. That under Fed. R. Civ. P. 12(b)(6), the claims for medical malpractice and civil conspiracy asserted under the Federal Tort Claims Act are dismissed;

7. That under Fed. R. Civ. P. 12(b)(6), the claims for injunctive relief are dismissed;

8. That under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants, Mr. Armijo, Mr. Atauvich, Mr. Camacho, Mr. J. Cedeno, Mr. Frank Cordova, Ms. Francia, Mr. Gaconi, Mr. Henry, Mr. Heuett, Mr. Holman, Mr. Huddleston, Mr. Humphries, Ms. Lungren, Mr. Owens, Mr. Padilla, Mr. Santini, and the unknown named defendants 1-14, are dismissed from this action, and the caption shall be amended accordingly;

9. That the **Motion To Dismiss** [#40] filed August 10, 2015, is denied as to

    a. Claim Two of the complaint [#8] as alleged against defendants, Mr. Fitzgerald, Mr. Rangel, and Mr. Robinson;

      b. Claim Three of the complaint [#8] as alleged against defendants, Mr. Berekebile and Mr. Osagie; and

      c. Claim Six of the complaint [#8] as alleged against defendants, Ms. Kasdon and Mr. McMullen; and

10. That plaintiff's motion [#34 - filed under Level 3 Restriction] is denied.

Dated March 15, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge